```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE D
   IRVINE, CA  92714
   714-474-2055
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,          COURT NO: 92 A 21202
            Plaintiff,

       v.                          DEFAULT JUDGMENT

MICHAEL D. HARGROVE

            Defendant(s).
_____/
```



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MICHAEL D. HARGROVE

the sum of $3,304.03 as principal, $136.20 as accrued prejudgment interest, $227.00 administrative charges, and $58.50 costs, plus $530.00 attorney fees for a total amount of $4,255.73, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

```
                            LEONARD A. BROSNAN, CLERK
                            U.S. District Court
                            Central District of California
```

OCT 1 3 1992       By: 
                       Deputy Clerk